**No. 60746.**—Frederic Henjes, Jr., Inc. v. United States, protest 277100–K (New York).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

**No. 60747.**—Landis & Gyr, Inc. v. United States, protest 277341–K (New York).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

**No. 60748.**—D. C. Andrews & Company v. United States, protest 278726–K (New York).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

**No. 60749.**—Euremca Trading Corporation v. United States, protest 278955–K (New York).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.